JH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
NOV 20 2007  NF
Nov. 20, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff ) | |
| ) | No. 87 CR 437-1 |
| v. ) | |
| ) | |
| ROBERT SARTORI ) | Judge Milton I. Shadur |
| ) | |
| Defendant ) | |

### RELEASE OF JUDGMENT LIEN

Judgment was entered against the defendant, in the above-entitled cause in the United States District Court, for the Northern District of Illinois under case number 87 CR 437-1. The judgment in the amount of $3,000.00 has expired pursuant to 18 U.S.C. § 3613(b). The Clerk of the United States District Court is hereby authorized and empowered to release said judgment of record..

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Joseph A. Stewart
JOSEPH A. STEWART
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 469-6008

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

RELEASE OF JUDGMENT LIEN

were served pursuant to the district court's ECF system as to ECF filers, if any, and will be mailed out within five business days of this release being filed, to the following non-ECF filers:

Robert Sartori

By: s/ Joseph A. Stewart
JOSEPH A. STEWART
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 469-6008